UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT

| | |
|---|---|
| FRANK RICHARD AHLGREN, III,<br>      Appellant,<br>v.<br><br>UNITED STATES OF AMERICA,<br>      Appellee.<br>_____/ | CASE NO. 25-50607<br><br>**STIPULATED MOTION TO VOLUNTARILY DISMISS APPEAL** |

## MOTION TO DISMISS

Pursuant to Federal Rule of Appellate Procedure 42(b), all parties hereby move the Court for an order dismissing the above-captioned appeal.

The parties have agreed that each side shall bear its own costs and fees on appeal.

                              Respectfully submitted,

                              Weisberg Kainen Mark, PL
                              Miami Tower
                              100 SE 2nd Street, Ste. 2222
                              Miami, Florida 33131
                              Phone: 305-374-5544
                              Facsimile No: 305-358-8565
                              dkainen@wkm-law.com

DATE: September 15, 2025             BY: /s/ Dennis G. Kainen
                                                                 Dennis G. Kainen
                                                                 Florida Bar No. 339393

GRAY REED, LLP

/s/ Joshua Smeltzer
Joshua D. Smeltzer
Texas Bar No. 24113859

1601 Elm Street, Suite 4600
Dallas, Texas 75201-3005
Telephone No. (469) 320-6225
Facsimile No. (469) 320-6930
jsmeltzer@grayreed.com

ATTORNEYS FOR APPELLANT FRANK RICHARD AHLGREN, III

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing Motion to Dismiss was electronically filed via CM/ECF and served by e-mail on the following recipients:

Kristy Karen Callahan – Kristy.Callahan@usdoj.gov
Mark Tindall – mark.tindall@usdoj.gov
Mary F. Richardson – mary.f.richardson@usdoj.gov
Michael C. Boteler – michael.c.boteler@usdoj.gov
Bill Harris – bill.harris@usdoj.gov
Jeff Smeltzer – jsmeltzer@grayreed.com


Dated: September 15, 2025        /s/ Dennis G. Kainen
                                                  Dennis G. Kainen